Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital Station
Austin, TX 78711

83,702-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

Re: Tr. Ct. No. 26,307-B-14-1;
    Claim for Relief; Plain Error

Clerk Acosta,

This judgment was no good from day one, so laches does not apply. Being a minor in a case gives the juvenile Court jurisdiction. Therefore, the judgment is VOID.

It is my right of personal liberty guaranteed by the Bill of Rights and by the 13th, 14th, 15th, and 19th Amendments - the right of due process, and the right of equal protection under the law.

The Court clearly made an error in not recognizing my age and failure to correct it would infringe my due-process rights and damage the integrity of the judicial process.

Kindly direct all correspondence to me at:

Ricky Spratling
Fed. ID No. 19269-078
FCI-Bastrop
"Travis Unit"
P.O. Box 1010
Bastrop, TX 78602

                    Sincerely,

                    Ricky Spratling          08/17/2015
                    Ricky Spratling          Date